Cable Installation Contractors Collective Bargaining Agreement
Effective 6/1/2006 to 5/31/2010
Signature page

**UNION REPRESENTATIVE**

*Michael R Ryan* (signature)

Michael R. Ryan, President/Business Mgr.
WI Laborers' District Council

**EMPLOYER REPRESENTATIVE**

(signature)

Jeff Hillebrandt, President

InterCon Construction, Inc.
Company

2880 Commerce Park Drive

Madison, WI 53719-5129
Address

FOR THE CONTRACTORS:
Name of Firm: C&C Drilling LLC
Address: W9273 CTY Rd A
City: New Lisbon   State: WI   Zip: 53950
By: Cam Dahlke Owner (signature)
Name and Title of Representative
Date: 8-17-07

15

**EXHIBIT A**